978

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVER-
ETT M. DURANT, Appellant.

Submitted September 29, 2014; decided October 16, 2014

Motion for assignment of counsel granted and Timothy P.
Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh
Street, Rochester, New York 14614 assigned as counsel to the
appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETTIS
HARDY, Appellant.

Submitted October 14, 2014; decided October 16, 2014

Motion for assignment of counsel granted and Richard M.
Greenberg, Esq., Office of the Appellate Defender, 11 Park Place,
Suite 1601, New York, NY 10007 assigned as counsel to the ap-
pellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD
R. HEATLEY, Appellant.

Submitted September 22, 2014; decided October 16, 2014

Motion for assignment of counsel granted and David M. Ab-
batoy, Jr., care of The Abbatoy Law Firm, PLLC, 339 East Ave.,
Suite 300, Rochester, New York 14606 assigned as counsel to
the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK
JURGINS, Appellant.

Submitted October 14, 2014; decided October 16, 2014

Motion for assignment of counsel granted and Robert S. Dean,
Esq., Center for Appellate Litigation, 120 Wall Street, 28th
Floor, New York, NY 10005 assigned as counsel to the appellant
on the appeal herein.